6/30/2014    95-3309
            SF

Helen Ginger Berrigan

My name is Corey E. Groves Sr,
The son of the late Ms. Kim M. Groves
who was murdered by Paul Hardy by
order of ex NOPD officer Len Davis
on Oct. 13, 1994.

The concerns in this letter do
not reflect the views of any of my
siblings directly, but rather my own.

The purpose of this letter is to
mainly obtain and update or/and
status of the lawsuit filed on behalf
of my family In reference to the untimely
death of my mother, Ms. Kim M. Groves

Lately, I haven't been to gain
and Information from Ms. Mary Howell,
The Attorney representing my family
In this case. Any time I attempt to
reach out to Ms. Howell, she's either
out of town or not In the office to
give me any answers.

TENDERED FOR FILING

JUL - 1 2014

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

This October 13th would make twenty years since the death of my Mother. Over the years, My Great Grandmother, Mrs. Georgia Falls, and my Grandfather, my Mother's Father both of whom were included In the wrongful death lawsuit, have passed on. The only living people that are included in the lawsuit are myself and my two sisters, Stephanie Graves and Jasmine Graves.

Since 1994, Myself and also my sisters have had children of our own and supporting our growing families hasn't been an easy task, mainly without the guidence of the people who showed us what family is all about, but also Financial hardship has hunted all three of us terribly.

I, myself have been on the verg of homelessness many times. My youngest sister, Jasmine has had to rely on local pastors of the church she attends to help her support herself and her two kids.

Stephanie, the middle child, has supported herself and her four kids, and now her Grandson by way of Government assistance, and at times selling or pawning Items from her home. Jasmine and I both try keeping employed, But the rate of pay that many of the Jobs we've had just can't cover all of the needs that come with providing satisfactory comfort. Stephanie isn't mentally capable to work so all she has is the assistance from the Government.

Mrs. Berrigan, I understand that there's a process that has to run it's course before a decision is made for me and my sisters to be awarded any damages for my mothers death, But my sisters, nephews, nieces, my own family and myself are very In need of a financial solution to get a stable, and comfortable way of living for our children.

Ms. Berrigan, If there's any conversations of a settlement offer, Please allow us to be apart of that conversation. If there's a way that we can come to a reasonable agreement for us to begin recieving payments of any kind, Please contact me so that I can reach out to my sisters and give them that much needed hope of a better life.

In Advance, I humbly thank you for your time, understanding and concern.

Sincerely,

Cozy E. Graves Sr.